IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, STATE OF TEXAS, ex rel PAULINE MOTTS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-CV-348 |
| EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, d/b/a FOUNDATION SURGICAL HOSPITAL OF EL PASO, DON BURRIS, VOX INTUS, LLC, DESERT IMAGING SERVICES, L.P., IN TANDEM SOLUTIONS GROUP, LLC, PRINCIPLE HS MANAGEMENT, LLC, d/b/a PRINCIPAL HEALTH SYSTEMS, AMERICAN INSTITUTE OF TOXICOLOGY, INC., CONCORD LIFE SCIENCES, LLC, AND NORTH CENTRAL FLORIDA NEURODIAGNOSTIC SERVICES, LLC, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

**STATUS REPORT ON
JANUARY 3, 2022 PROTECTIVE ORDER AND STAY**

TO THE HONORABLE JUDGE FRANK MONTALVO, UNITED STATES DISTRICT JUDGE:

COME NOW, LEROY CANDELARIA, DESERT IMAGING SERVICES, L.P., IN TANDEM SOLUTIONS GROUP, LLC, and RAUL JAIME ARIZPE (collectively, "these Defendants"), submitting their joint status report to this Court, and would show as follows:

1. On January 3, 2022, this Court entered an Order Granting Unopposed Motion for Protective Order and Request for Stay [ECF No. 43] affecting these Defendants (the "Order"). As part of the Order, the Court requested these Defendants file a status report every 90 days from the date of entry of the Order.

2. This Report represents the first status report under the Order.

3. These Defendants report that, to their understanding, the criminal investigation by the United States of America is continuing but there has been no indictment or dismissal with respect to any of these Defendants. Consequently, the current status of such investigation with respect to these Defendants appears to be the same as at the time of entry of the Order. It is these Defendants' understanding that such situation may change within the next 90 days.

        Respectfully submitted,

        JIM DARNELL, P.C.
        310 N. Mesa, Suite 212
        El Paso, Texas 79901
        Phone: (915) 532-2442
        Fax: (915) 532-4529

        By: /s/ Jim Darnell
            Jim Darnell
            Jdarnell@jdarnell.com
            TX State Bar No. 05391250
            NM State Bar No. 148187

        By: /s/ Jeep Darnell
            Jedarnell@jdarnell.com
            TX State Bar No. 24075845
            NM State Bar No. 143950

        Attorneys for Leroy Candelaria

        MOUNCE, GREEN, MYERS, SAFI,
PAXSON & GALATZAN, P.C.
100 N. Stanton, Suite 1000
El Paso, Texas 79901
Phone: (915) 532-2000
Fax: (915) 541-1597

By: /s/ Clyde A. Pine, Jr.
      Clyde A. Pine, Jr.
      pine@mgmsg.com
      TX State Bar No. 16013460

Attorney for Desert Imaging and In Tandem


 /s/ Joe A. Spencer
JOE A. SPENCER
1009 Montana Ave.
El Paso, Texas 79902
Phone: (915) 532-5562
Fax: (915) 532-7535

Attorney for Raul Jaime Arizpe


## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of April, 2022, a true and correct copy of the foregoing document has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to all parties registered for service herein.

                           /s/ Clyde A. Pine, Jr.