IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, STATE OF TEXAS, ex rel PAULINE MOTTS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-CV-348 |
| EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, d/b/a FOUNDATION SURGICAL HOSPITAL OF EL PASO, DON BURRIS, VOX INTUS, LLC, DESERT IMAGING SERVICES, L.P., IN TANDEM SOLUTIONS GROUP, LLC, PRINCIPLE HS MANAGEMENT, LLC, d/b/a PRINCIPAL HEALTH SYSTEMS, AMERICAN INSTITUTE OF TOXICOLOGY, INC., CONCORD LIFE SCIENCES, LLC, AND NORTH CENTRAL FLORIDA NEURODIAGNOSTIC SERVICES, LLC, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

**STATUS REPORT ON**
**JANUARY 3, 2022 PROTECTIVE ORDER AND STAY**

TO THE HONORABLE JUDGE FRANK MONTALVO, UNITED STATES DISTRICT JUDGE:

COME NOW, LEROY CANDELARIA, DESERT IMAGING SERVICES, L.P., IN TANDEM SOLUTIONS GROUP, LLC, and RAUL JAIME ARIZPE (collectively, "these Defendants"), submitting their joint status report to this Court, and would show as follows:

1. On January 3, 2022, this Court entered an Order Granting Unopposed Motion for Protective Order and Request for Stay [ECF No. 43] affecting these Defendants (the "Order"). As part of the Order, the Court requested these Defendants file a status report every 90 days from the date of entry of the Order.

2. This Report represents the third status report under the Order.

3. These Defendants report that, to their understanding, the criminal investigation by the United States of America is continuing but there has been no indictment or dismissal with respect to any of these Defendants. Consequently, the current status of such investigation with respect to these Defendants appears to be the same as at the time of entry of the Order. It is these Defendants' understanding that such situation may change within the next 90 days.

Respectfully submitted,

JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915) 532-2442
Fax: (915) 532-4529

By: /s/ Jim Darnell
Jim Darnell
Jdarnell@jdarnell.com
TX State Bar No. 05391250
NM State Bar No. 148187

By: /s/ Jeep Darnell
Jedarnell@jdarnell.com
TX State Bar No. 24075845
NM State Bar No. 143950

Attorneys for Leroy Candelaria

                                      MOUNCE, GREEN, MYERS, SAFI,
                                      PAXSON & GALATZAN, P.C.
                                      100 N. Stanton, Suite 1000
                                      El Paso, Texas 79901
                                      Phone: (915) 532-2000
                                      Fax: (915) 541-1597

By:  /s/ James A. Martinez
       James A. Martinez

       State Bar No. 00791192

       Attorney for Desert Imaging and In Tandem


  /s/ Joe A. Spencer
JOE A. SPENCER
1009 Montana Ave.
El Paso, Texas 79902
Phone: (915) 532-5562
Fax: (915) 532-7535

Attorney for Raul Jaime Arizpe


## CERTIFICATE OF SERVICE

     I hereby certify that on this 28th day of September, 2022, a true and correct copy of the foregoing document has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to all parties registered for service herein.

                                        /s/ Jim Darnell