**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | § | |
| *ex rel* | § | |
| **PAULINE MOTTS**, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| **v.** | § | **EP-18-CV-0348-LS** |
| | § | |
| **EAST EL PASO PHYSICIAN'S MEDICAL** | § | |
| **CENTER, LLC, D/B/A/ FOUNDATION** | § | |
| **SURGICAL HOSPITAL OF EL PASO** | § | |
| **DON BURRIS, VOX INTUS, LLC, DESERT** | § | |
| **IMAGING SERVICES, L.P. IN TANDEM** | § | |
| **SOLUTIONS GROUP, LLC, PRINCIPLE** | § | |
| **HS MANAGEMENT, LLC,** | § | |
| **D/B/A PRINCIPLE HEALTH SYSTEMS,** | § | |
| **AMERICAN INSTITUTE OF** | § | |
| **TOXICOLOGY, INC., CONCORD LIFE** | § | |
| **SCIENCES, LLC, AND NORTH CENTRAL** | § | |
| **FLORIDA NEURODIAGNOSTIC** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| Defendants. | § | |

**DISMISSAL ORDER**

The Court, having noted that Plaintiff, the United States of America, and Relator, Pauline Motts, have filed a Joint Motion to Dismiss as to Defendants Leroy Candelaria, Desert Imaging Services, LP and In Tandem Solutions Group, LLC, based on and subject to the terms of the Settlement Agreement executed by them, orders as follows:

ORDERED that the Joint Motion to Dismiss Defendants Leroy Candelaria, Desert Imaging Services, LP, and In Tandem Solutions Group, LLC is GRANTED.

ORDERED that those claims against Defendants Leroy Candelaria, Desert Imaging Services, LP, and In Tandem Solutions Group, LLC are DISMISSED WITH PREJUDICE.

ORDERED that the Court shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement.

It is so ORDERED.

SIGNED AND ENTERED this 17th day of August, 2024.

_____
**THE HONORABLE LEON SCHYDLOWER**
UNITED STATES DISTRICT JUDGE