**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | § | |
| **STATE OF TEXAS,** *ex rel* **PAULINE** | § | |
| **MOTTS,** | § | |
| | § | |
| **Plaintiffs,** | § | **3:18-CV-00348-LS** |
| **v.** | § | |
| | § | |
| **EAST EL PASO PHYSICIAN'S MEDICAL** | § | |
| **CENTER, LLC, D/B/A/ FOUNDATION** | § | |
| **SURGICAL HOSPITAL OF EL PASO,** | § | |
| **DON BURRIS, VOX INTUS, LLC, DESERT** | § | |
| **IMAGING SERVICES, L.P, IN TANDEM** | § | |
| **SOLUTIONS GROUP, LLC, PRINCIPLE** | § | |
| **HS MANAGEMENT, LLC, D/B/A** | § | |
| **PRINCIPLE HEALTH SYSTEMS,** | § | |
| **AMERICAN INSTITUTE OF** | § | |
| **TOXICOLOGY, INC, CONCORD LIFE** | § | |
| **SCIENCES, LLC, AND NORTH CENTRAL** | § | |
| **FLORIDA NEURODIAGNOSTIC** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendants.** | | |

**SCHEDULING ORDER[1]**

Pursuant to Rule 16 of Federal Rules of Civil Procedure, the Court issues the following

Joint Scheduling Order:

1. The parties shall complete ADR in compliance with Rule CV-88 by **March 31, 2025**. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2. Each party asserting claim(s) for relief shall submit a written offer of settlement to opposing parties by **January 6, 2025**, and each party opposing such claim(s) shall respond, in writing, by **January 20, 2025**.

---

[1] With the settlements and dismissals entered to date, the Court identifies the following parties as the only remaining defendants in the litigation: East El Paso Physician's Medical Center LLC, D/B/A Foundation Surgical Hospital of El Paso; Don Burris; and Vox Intus, LLC. If the Court is mistaken in this regard, the remaining parties should notify the Court.

3.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by **January 17, 2025**.

4.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 17, 2025**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **April 16, 2025**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5.      An objection to the reliability of an expert's proposed testimony under Fed. R. Evid. 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **30** days of receipt of the written report of the expert's proposed testimony, or not later than **30** days of the expert's deposition, if a deposition is taken, whichever is later.

6.      The parties shall complete all discovery on or before **April 30, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.      All dispositive motions shall be filed not later than **June 30, 2025**.

8.      This case is set for a **JURY TRIAL** before the Court on **Monday, September 22, 2025,** at **9:00 AM**, in District Courtroom, Room 622 on the sixth floor of the United States District Courthouse in El Paso, Texas. The parties shall file their pretrial submissions in the form set out in Local Rule CV-16(f) not later than **September 8, 2025**.

    **SO ORDERED.**

3

**SIGNED** and **ENTERED** on August 17, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**