**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, STATE OF TEXAS, *ex rel.* PAULINE MOTTS, | § § § | |
| | § | |
| Plaintiffs, | § § | |
| | § | |
| v. | § | **EP-18-CV-0348-FM** |
| | § | |
| EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, D/B/A/ FOUNDATION SURGICAL HOSPITAL OF EL PASO, DON BURRIS, VOX INTUS, LLC, DESERT IMAGING SERVICES, L.P. IN TANDEM SOLUTIONS GROUP, LLC, PRINCIPLE HS MANAGEMENT, LLC, D/B/A PRINCIPLE HEALTH SYSTEMS, AMERICAN INSTITUTE OF TOXICOLOGY, INC., CONCORD LIFE SCIENCES, LLC, AND NORTH CENTRAL FLORIDA NEURODIAGNOSTIC SERVICES, LLC, | § § § § § § § § § § § § § § § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION FOR ENTRY OF
FINAL JUDGMENT BY CONSENT**

Plaintiff United States of America, Relator Pauline Motts and Defendant East El Paso Physician's Medical Center, LLC, D/B/A/ Foundation Surgical Hospital Of El Paso (EEPPMC), file this Agreed Motion for Entry of Final Judgment by Consent and jointly request that the Court enter final judgment against EEPPMC.

1.      Pauline Motts filed the above styled action pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b) and the Texas Medicaid Fraud Prevention Act (TMFPA)[1], Texas Human Resources Code, Chapter 36.

---

[1] As amended on September 1, 2023, the Texas Medicaid Fraud Prevention Act is now known as the Texas Health Care Program Fraud Prevention Act (THFPA).

2.      The United States intervened in the civil action for treble damages and civil penalties under the False Claims Act, 31 U.S.C. §§ 3729–3733 (FCA) and under common law and equitable theories of recovery.   The Defendants in the United States Complaint-in-Intervention were EEPPMC, Don Burris, Vox Intus, LLC, Desert Imaging Services, L.P., In Tandem Solutions Group, LLC and Leroy Candelaria.  Doc. 21.

3.      The United States did not intervene as to Defendants Principle HS Management, LLC D/B/A Principle Health Systems, American Institute of Toxicology, Inc., Concorde Life Sciences, LLC and North Central Florida Neurodiagnostic Services, LLC.  Those defendants were dismissed on November 6, 2023.  Doc. 73.

4.      The State of Texas declined to intervene and is not a party.  Doc. 17.

5.      Defendants Desert Imaging Services, LP, In Tandem Solutions Group, LLC and Leroy Candelaria were dismissed from the lawsuit on August 17, 2024, after reaching a settlement agreement.  Doc. 102.

6.      The United States and Relator filed a Joint Motion to Dismiss Defendants Don Burris and Vox Intus, LLC on March 10, 2025, after reaching a settlement agreement.  Doc. 104.

7.      The only remaining defendant is EEPPMC.  This agreed motion for entry of final judgment by consent resolves all remaining claims and parties to this lawsuit.

8.      EEPPMC was a surgical hospital operating in El Paso, Texas.

9.      EEPPMC shuttered operations and closed its doors on January 7, 2023.

10.      EEPPMC commenced an Assignment for the Benefit of Creditors proceeding in in March of 2023.

11.      An Assignee was appointed to administer the Assignment estate.

12.      Any and all claims asserted against EEPPMC are solely enforceable against the Assignment estate.

2

13.    The United States contends that EEPPMC submitted or caused to be submitted claims for payment to the Medicare Program, Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395-1395lll (Medicare); the Medicaid Program, 42 U.S.C. §§ 1396-1396w-5 (Medicaid); the TRICARE Program, 10 U.S.C. §§ 1071-1110b (TRICARE); and the Federal Employees Health Benefits Program (FEHBP), 5 U.S.C. §§ 8901-8914 that violated the FCA and common law.

14.    The United States further contends that its claims against EEPPMC arise from an agreement entered between EEPPMC and Defendant Desert Imaging Services, L.P. for services provided by Desert Imaging Services, L.P. during the period from January 1, 2017, through June 30, 2017.

15.    Pursuant to this agreement, EEPPMC submitted claims through Defendant In Tandem Solutions Group, LLC to Medicare, TRICARE, the FEHBP, and the Texas Medicaid programs.  These claims for medical imaging services provided by Desert Imaging Services, L.P., used EEPPMC's National Provider Identifier (NPI), thereby resulting in Desert Imaging Services, L.P. being paid a higher reimbursement rate than that to which it was otherwise entitled.

16.    EEPPMC entered into the contract with Desert Imaging Services, L.P. that established the fraud scheme which was designed to obtain Federal healthcare program funds to which the parties were not entitled.

17.    As a result of this fraud scheme, defendants were paid six hundred ninety-three thousand, nine hundred and thirteen dollars ($693,913) from federal health care payers (to include Medicaid) to which they were not entitled.

18.    Relator claims entitlement under 31 U.S.C. § 3730(d) to a share of any recovery because of this Consent Judgment and to Relator's reasonable expenses, attorneys' fees, and

costs. The United States agrees that Relator is entitled to eighteen percent (18%) of any amounts recovered from EEPPMC.

19.     For the avoidance of doubt, Plaintiffs' claims against EEPPMC are properly asserted against the Assignment estate in the Assignment of the Benefit of Creditors proceeding, which proceeding has been fully administered by the Assignee and closed because no assets are available to distribute to creditors.

20.     Plaintiff United States of America, Relator Pauline Motts, and Defendant EEPPMC consent to the relief requested in this Agreed Motion, as evidenced by the signatures of their counsel below.

**EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, D/B/A/ FOUNDATION SURGICAL HOSPITAL OF EL PASO**

**UNITED STATES OF AMERICA**

MARGARET F. LEACHMAN
Acting United States Attorney

EDUARDO CASTILLO   Digitally signed by EDUARDO CASTILLO
Date: 2025.03.13 15:07:25 -06'00'

_____
Ryan E. Manns
TX State Bar No. 24041391
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Phone: (214) 855-8000

Attorneys for East El Paso Physician's Medical Center, LLC D/B/A/ Foundation Surgical Hospital Of El Paso

_____
EDUARDO R. CASTILLO
Assistant United States Attorney
Texas State Bar No. 03984803
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
E-mail: eddie.castillo@usdoj.gov

Attorneys for United States of America

**PAULINE MOTTS**

_____
Justin Sumner
Texas Bar No. 24063022
E-Mail: jsumner@sumnerlaw.com

Sumner Law
3006 Cole Avenue
Dallas, Texas 75204
T:(214) 965-9229

4

costs. The United States agrees that Relator is entitled to eighteen percent (18%) of any amounts recovered from EEPPMC.

19.    For the avoidance of doubt, Plaintiffs' claims against EEPPMC are properly asserted against the Assignment estate in the Assignment of the Benefit of Creditors proceeding, which proceeding has been fully administered by the Assignee and closed because no assets are available to distribute to creditors.

20.    Plaintiff United States of America, Relator Pauline Motts, and Defendant EEPPMC consent to the relief requested in this Agreed Motion, as evidenced by the signatures of their counsel below.

**EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, D/B/A/ FOUNDATION SURGICAL HOSPITAL OF EL PASO**

*Ryan E. Manns*

Ryan E. Manns
TX State Bar No. 24041391
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Phone: (214) 855-8000

Attorneys for East El Paso Physician's Medical Center, LLC D/B/A/ Foundation Surgical Hospital Of El Paso

**UNITED STATES OF AMERICA**

JAIME ESPARZA
United States Attorney

EDUARDO R. CASTILLO
Assistant United States Attorney
Texas State Bar No. 03984803
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
E-mail: eddie.castillo@usdoj.gov

Attorneys for United States of America

**PAULINE MOTTS**

Justin Sumner
Texas Bar No. 24063022
E-Mail: jsumner@sumnerlaw.com

Sumner Law
3006 Cole Avenue
Dallas, Texas 75204
T:(214) 965-9229

4

costs. The United States agrees that Relator is entitled to eighteen percent (18%) of any amounts recovered from EEPPMC.

19.    For the avoidance of doubt, Plaintiffs' claims against EEPPMC are properly asserted against the Assignment estate in the Assignment of the Benefit of Creditors proceeding, which proceeding has been fully administered by the Assignee and closed because no assets are available to distribute to creditors.

20.    Plaintiff United States of America, Relator Pauline Motts, and Defendant EEPPMC consent to the relief requested in this Agreed Motion, as evidenced by the signatures of their counsel below.

**EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, D/B/A/ FOUNDATION SURGICAL HOSPITAL OF EL PASO**

Ryan E. Manns
TX State Bar No. 24041391
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Phone: (214) 855-8000

Attorneys for East El Paso Physician's Medical Center, LLC D/B/A/ Foundation Surgical Hospital Of El Paso

**UNITED STATES OF AMERICA**

JAIME ESPARZA
United States Attorney

EDUARDO R. CASTILLO
Assistant United States Attorney
Texas State Bar No. 03984803
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
E-mail: eddie.castillo@usdoj.gov

Attorneys for United States of America

**PAULINE MOTTS**

/s/ Justin Sumner
Justin Sumner
Texas Bar No. 24063022
E-Mail: jsumner@sumnerlaw.com

Sumner Law
3006 Cole Avenue
Dallas, Texas 75204
T:(214) 965-9229

4

F:(214) 965-9215

ATTORNEY FOR RELATOR

5